# United States District Court ORIGINAL

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JAN 1 0 2008

Margaret Hall,

    Plaintiff,

V.

Provident Life and Accident Insurance Company,

    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 08 0114 CRB

TO: (Name and address of defendant)

Provident Life and Accident Insurance Company
Agent for Service of Process
C T CORPORATION SYSTEM
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, CA 91324

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE /-7-08

(BY) DEPUTY CLERK  ANNA SPRINKLES