Glenn R. Kantor, Esq. State Bar No. 122643
E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff,
MARGARET HALL



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| MARGARET HALL,<br><br>      Plaintiff,<br><br>VS.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>      Defendant. | CASE NO: CV 08 0114<br><br>NOTICE OF INTERESTED PARTIES |

The undersigned, counsel of record for Plaintiff, Margaret Hall, certifies the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1

The following is a list of the names of all such parties with their connection and interest herein:

1. Margaret Hall; and
2. Provident Life and Accident Insurance Company.

DATED: January 3, 2008

KANTOR & KANTOR, LLP

_____
GLENN R. KANTOR
ATTORNEYS FOR PLAINTIFF
MARGARET HALL

2