**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAINTIFF(S) | CASE NUMBER |
| v. | |
| DEFENDANT(S). | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, _____ , _____ , _____
          *Name*                         *CA Bar ID Number*              *E-mail Address*

☐ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

_____

_____

and am requesting the following change(s):

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **
I am no longer counsel of record in the above-entitled cause of action.
CHECK ONE BOX

 ☐ The order relieving me as counsel of record was filed on: _____.

 ☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

 ☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: _____        _____
                               *Attorney Signature*

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.