<div style="margin-left:auto; margin-right:auto;">

**United States District Court**

**Northern District of California**

</div>

| | |
|---|---|
| Hall,<br><br>               Plaintiff(s),<br><br>  v.<br><br>Provident Life and Accident Insurance Company,<br><br>               Defendant(s). | 08-00114 CRB<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

    The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

    Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
08-00114 CRB                            -1-

(415-522-4112), hand delivery (ADR Program, USDC, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: March 26, 2008

            RICHARD W. WIEKING
            Clerk
            by:    Timothy J. Smagacz

            *Timothy Smagacz*

            ADR Administrative Assistant
            415-522-4205
            Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-00114 CRB                                    -2-

PROOF OF SERVICE

Case Name:     Hall v. Provident Life and Accident Insurance Company

Case Number:   08-00114 CRB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>    ADR Program
>    United States District Court
>    Norther District of California
>    450 Golden Gate Avenue Floor 16
>    San Francisco, CA 94102

On March 26, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>    Glenn R Kantor
>    Kantor & Kantor, LLP
>    19839 Nordhoff Street
>    Northridge, CA 91324
>    gkantor@kantorlaw.net
>
>    Peter Steffens Sessions
>    Kantor & Kantor, LLP
>    19839 Nordhoff Street
>    Northridge, CA 91324
>    psessions@kantorlaw.net
>
>    John C. Ferry
>    Kelly, Herlihy & Klein LLP
>    44 Montgomery Street
>    Suite 2500
>    San Francisco, CA 94104
>    jferry@kelher.com
>
>    Thomas M. Herlihy
>    Kelly Herlihy & Klein LLP

      44 Montgomery Street, Suite 2500
      San Francisco, CA 94104
      herlihy@kelher.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 26, 2008 in San Francisco, California.

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:     Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov