THOMAS M. HERLIHY (SBN 83615)
FRANCIS TORRENCE (SBN 154653)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com


Attorneys for Defendant
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

MARGARET HALL,                           ) Case No.:   CV 08 0114 CRB
                                         )
            Plaintiff,                   ) **SUBSTITUTION OF ATTORNEY**
                                         )
      vs.                                )
                                         )
PROVIDENT LIFE AND ACCIDENT              )
INSURANCE COMPANY,                       )
                                         )
            Defendant                    )

1    TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES

2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:

3    PLEASE TAKE NOTICE that defendant Provident Life & Accident Insurance Company

4  hereby substitutes counsel as follows:

5

6  1.    Former legal representative:

7    Kelly, Herlihy & Klein, LLP

8

9  2.    **New legal representative:**

10    Thomas M. Herlihy, Esq. (SBN 83615)
11    Francis Torrence, Esq. (SBN 154653)
      Wilson, Elser, Moskowitz, Edelman & Dicker
12    525 Market Street, 17th Floor
      San Francisco, CA 94105-2725
13    Tel: (415) 433-0990
14    Fax: (415) 434-1370

15

16  3.    The party making this substitution is defendant, Provident Life & Accident Insurance

17  Company.

18

19  4.    I consent to this substitution.

20
   Dated: March ___, 2008    _____    _____
21                           (Print Name)          (Signature of party)

22

23  5.    I consent to this substitution.

24

25  Dated: March 3, 2008    _____    _____
                            (Print Name)          (Signature of former attorney)
26

27

28

-1-

SUBSTITUTION OF ATTORNEY

CASE NO. CV 08 0114 CRB

6.    I am duly admitted to practice in this District and accept this substitution.

Dated: ~~March~~ **3** , 2008

_____
(Print Name)

_____
(Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: _____, 2008

_____
UNITED STATES DISTRICT JUDGE

E:\28107\P02

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUBSTITUTION OF ATTORNEY

CASE NO. CV 08 0114 CRB