THOMAS M. HERLIHY (SBN 83615)
FRANCIS TORRENCE (SBN 154653)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com


Attorneys for Defendant
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| MARGARET HALL,<br><br>    Plaintiff,<br><br>vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant | Case No.:  CV 08 0114 CRB<br><br>**SUBSTITUTION OF ATTORNEY** |

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:
3  PLEASE TAKE NOTICE that defendant Provident Life & Accident Insurance Company
4  hereby substitutes counsel as follows:

6  1.  Former legal representative:
7  Kelly, Herlihy & Klein, LLP

9  2.  **New legal representative**:

Thomas M. Herlihy, Esq. (SBN 83615)
Francis Torrence, Esq. (SBN 154653)
Wilson, Elser, Moskowitz, Edelman & Dicker
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel: (415) 433-0990
Fax: (415) 434-1370

3.  The party making this substitution is defendant, Provident Life & Accident Insurance Company.

4.  I consent to this substitution.

Dated: March __, 2008    _Donald J. Sapala_    _[signature]_
                         (Print Name)          (Signature of party)

5.  I consent to this substitution.

Dated: March 3, 2008    _Thomas M. Herlihy_    _[signature]_
                        (Print Name)           (Signature of former attorney)

-1-

SUBSTITUTION OF ATTORNEY

CASE NO. CV 08 0114 CRB

6.    I am duly admitted to practice in this District and accept this substitution.

Dated: ~~March~~ April 3, 2008     _____    _____
                                              (Print Name)                (Signature of new attorney)

**Substitution of Attorney is hereby approved**

Date: __April 8_____, 2008     _____
                                                     UNITED STATES DISTRICT JUDGE

E:\28107\P02

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*