<u>**CIVIL MINUTES**</u>

**Judge CHARLES R. BREYER**

Date: <u>**April 11, 2008**</u>

<u>**C-08-00114**</u> **CRB**

<u>**MARGARET HALL**</u>  **v.**  <u>**PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY**</u>

Attorneys:  <u>Pete Sessions                    </u>          <u>Francis Torrence          </u>

_____          _____

Deputy Clerk: <u>**BARBARA ESPINOZA**</u>        Reporter: <u>**Not Reported**</u>
<u>**PROCEEDINGS:**</u>                                                          <u>**RULING:**</u>

1. <u>Initial Case Management Conference    -    Held                    </u>          _____

2. _____          _____

3. _____          _____

<u>**ORDERED AFTER HEARING:**</u>

_____

_____

(  ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

(  ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO <u>October 03, 2008 @ 8:30 a.m.</u> for <u>Further Case Management Conference </u>

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
Type of Trial:  (  )Jury    (  )Court

Notes: _____

_____

_____