WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
THOMAS M. HERLIHY, State Bar No. 83615
FRANCIS TORRENCE, State Bar No. 154653
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
Thomas.Herlihy@wilsonelser.com
Francis.Torrence@wilsonelser.com

Attorneys for Defendant
Provident Life & Accident Ins. Co.

KANTOR & KANTOR, LLP
GLENN R. KANTOR, State Bar No. 122643
PETER S. SESSIONS, State Bar No. 193301
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272
gkantor@kantorlaw.net
psessions@kantorlaw.net

Attorneys for Plaintiff
Margaret Hall

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Margaret Hall,<br><br>  Plaintiff,<br><br>vs.<br><br>Provident Life and Accident Insurance Company,<br><br>  Defendant. | Case No. CV 08-0114 CRB<br><br>**STIPULATION FOR FILING FIRST AMENDED COMPLAINT;** [PROPOSED] **ORDER** |

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit A.  In so stipulating, Defendant does not concede the legal

1 | sufficiency of the amended pleading and retains the right to challenge the factual and legal
2 | support of the allegations in that pleading.

IT IS FURTHER STIPULATED that Defendant waives notice and service of Plaintiff's First Amended Complaint and will file its responsive pleading to the First Amended Complaint within 20 days of the filing of this Stipulation.

Dated: October 2. 2008        KANTOR & KANTOR LLP

By:    /s/ Peter S. Sessions
       Peter S. Sessions
       Attorney for Plaintiff
       Margaret Hall

Dated: October 1, 2008        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER

By     /s/ Francis Torrence (as authorized on 10-01-08)
       Francis Torrence
       Attorney for Defendant
       Provident Life & Accident Ins. Co.

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, and good cause having been shown, IT IS HEREBY ORDERED that plaintiff's First Amended Complaint is deemed filed as of this date. Defendant shall file its responsive pleading to the First Amended Complaint within 20 days of the date of this Order.

Dated: October 6, 2008

_____
Honorable Charles B. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer