THOMAS M. HERLIHY (SBN 83615)
Email: thomas.herlihy@wilsonelser.com
FRANCIS TORRENCE (SBN 154653)
Email: francis.torrence@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY


PETER S. SESSIONS (SBN 193301)
Email: psessions@kantorlaw.net
J. DAVID OSWALT (SBN 73439)
Email: doswalt@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone:   (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff
MARGARET HALL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGARET HALL,<br><br>    Plaintiff,<br><br>vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant | Case No.: CV 08 0114 CRB<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING DISPOSITIVE MOTION HEARING DATE**<br><br>[Local Rule 6-2]<br><br>Courtroom: 8<br>Honorable Charles R. Breyer<br><br>First Amended Complaint Filed: October 6, 2008 |

Pursuant to Local Rule 6-2, defendant Provident Life and Accident Insurance Company ("Provident") and plaintiff Margaret Hall, through their attorneys of record, hereby submit this stipulated request for an Order continuing the dispositive motion hearing date from May 29, 2009

---

1

STIPULATION TO CONTINUE DISPOSITIVE MOTION HEARING DATE; AND [PROPOSED] ORDER
USDC NDCA Case # CV 08 0114 CRB

to August 28, 2009, or the Court's next available hearing date.

In support of this stipulated request, I, Francis Torrence, do hereby declare:

1. I am an attorney at law, over the age of 21 years, and am Of Counsel to Wilson, Elser, Moskowitz, Edelman & Dicker LLP, counsel for Provident Life and Accident Insurance Company ("Provident") herein. I am licensed to practice in all courts in the State of California and have personal knowledge of the facts stated herein, and am competent to testify to the same. The matters set forth herein are true and correct to the best of my knowledge and belief.as follows:

2. On or about October 6, 2008, plaintiff Margaret Hall filed a First Amended Complaint in this Court alleging causes of action for breach of contract and breach of the covenant of good faith and fair dealing against Provident;

3. On or about October 10, 2008, the Court set the dispositive motion hearing date as May 29, 2009 at 10:00 a.m. Factoring in notice requirements under the Local Rules for this Court, the deadline for filing a dispositive motion is April 24, 2009;

4. I am the lead attorney for Provident in this matter. On March 29, 2009, my father, Edward Torrence, unexpectedly suffered a stroke. Upon learning of the stroke, I immediately left for Southern California, where my father was hospitalized.

5. On April 3, 2009, my father died. Later that day, my mother (who was already severely infirm) was also admitted to the hospital. Initially it was thought she might be suffering from congestive heart failure, among other conditions, but those are still being investigated.

6. My father's funeral took place on April 14, 2009. It is anticipated that I will need to spend further time in Southern California assisting my mother with her new living arrangement when she leaves the hospital. My father was my mother's primary caregiver at the time of his stroke.

7. As a result of my unexpected obligations arising from my father's stroke and death, and the related issues with my mother, my professional calendar has been significantly disrupted, both as to this case as well as other cases to which I am assigned. Specifically, my ability to complete discovery in this case has been delayed.

8. With the deadline for filing a dispositive motion rapidly approaching, my office

1  requested that counsel for plaintiff Margaret Hall, jointly file a stipulated request to this Court to
2  continue the dispositive motion hearing date by ninety days. On April 21, 2009, plaintiff's counsel
3  agreed to stipulate to said continuance.

4      9. Accordingly, both parties jointly request that this Court continue the dispositive
5  motion hearing date to August 28, 2009, or the Court's next available hearing date.

6      10. There have been no other time modifications in this case. This stipulated date will
7  not alter the date of any event or any deadline already fixed by Court order.

8

9  Date: April 22, 2009             WILSON, ELSER, MOSKOWITZ,
10                                             EDELMAN & DICKER LLP

11
                             By: */s/ Francis Torrence*
12                                 FRANCIS TORRENCE
                                Attorneys for Defendant
13                                 PROVIDENT LIFE AND ACCIDENT
                                INSURANCE COMPANY

14 **SO STIPULATED**

15 Date: April 22, 2009            KANTOR & KANTOR LLP

16

17                              By: */s/ J. David Oswalt*
                                J. DAVID OSWALT
18                                 Attorneys for Plaintiff
                                MARGARET HALL
19

20                                 **ORDER**

21
22 **IT IS SO ORDERED.**

23
24 Date: April 23, 2009            By: _____
                                HONORABLE CHARLES R. BREYER
25                                 United States District Judge

26
27
28