THOMAS M. HERLIHY (SBN 83615)
Email: thomas.herlihy@wilsonelser.com
FRANCIS TORRENCE (SBN 154653)
Email: francis.torrence@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Defendant
PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

J. DAVID OSWALT (SBN 073439)
Email: doswalt@kantor.law.net
ELIZABETH K. GREEN (SBN 199634)
Email: egreen@kantorlaw.net
KANTOR & KANTOR
19839 Nordhoff Street
Northridge, California 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARGARET HALL, | Case No.: CV 08 0114 CRB |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE TRIAL AND [PROPOSED] ORDER** |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED by the parties, through their attorneys of record, that the trial date in this case of April 5, 2010 be continued for a period of three (3) weeks, or as soon thereafter as the Court's calendar permits, for the following reasons:

1. At the recent summary judgment hearing, the court held a spontaneous trial setting conference and set the matter for trial.

2. Because the parties were not expecting to have the matter set for trial at that hearing, counsel did not have the trial calendar of the lead trial attorney available when the Court assigned the April 5, 2010 trial date. Lead trial counsel for the defendant, who was not at the summary judgment hearing, is presently scheduled for trial in two separate matters, both set to start on April 5, 2010.

3. Additionally, the April 5, 2010 date is the day after the Easter Holiday. (Easter is April 4, 2010). Having a trial start on that day would require defendant's company representatives and witnesses to fly out from the East Coast, where defendant is located, during the Easter Holiday, thereby missing Easter with their families.

4. Accordingly, the parties stipulate to a three-week continuance of the trial date and request that the Court re-set the matter for April 26, 2010 (with a pre-trial conference on April 19, 2010), or at the Court's next available trial opening.

5. Counsel apologizes for any inconvenience to the Court caused by this request.

6. In addition, at the August 28, 2009 summary judgment hearing, the Court ordered counsel to work out the discovery deadlines. Counsel have agreed to the following discovery deadlines:

   a. All fact discovery to be completed by January 29, 2010;

   b. Expert witness reports to be exchanged on February 15, 2010;

   c. Rebuttal expert reports to be exchanged on March 1, 2010; and

   d. Expert discovery cut-off date of April 1, 2010.

Dated: October 13, 2009      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:_____/s/_____
       Francis J. Torrence
       Lisa S. Passalacqua
       Attorneys for Defendant
       Provident Life and Accident Insurance Company

1

2  Dated: October 13, 2009          KANTOR & KANTOR LLP

3

4

5                                   By:_____/s/_____
                                         J. David Oswalt
6                                        Attorneys for Plaintiff Margaret Hall

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.  The trial is continued to
2    _____April 26_, 2010, and the pre-trial conference is continued to _____April 22__,
3    2010; and, in addition, the Court sets the following discovery deadlines:
4        a.    All fact discovery to be completed by January 29, 2010;
5        b.    Expert witness reports to be exchanged on February 15, 2010;
6        c.    Rebuttal expert reports to be exchanged on March 1, 2010; and
7        d.    Expert discovery cut-off date of April 1, 2010.

Date:  ___October 14__, 2009    _____
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(United States District Court, Northern District of California seal)