THOMAS M. HERLIHY (SBN 83615)
Email: thomas.herlihy@wilsonelser.com
FRANCIS TORRENCE (SBN 154653)
Email: francis.torrence@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

J. DAVID OSWALT (SBN 073439)
Email: doswalt@kantor.law.net
CHRISTINA J. SMITH (SBN 193509)
Email: csmith@kantorlaw.net
KANTOR & KANTOR
19839 Nordhoff Street
Northridge, California 91324
Telephone:    (818) 886-2525
Facsimile:    (818) 350-6272

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGARET HALL, | ) Case No.:  CV 08 0114 CRB |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION TO TAKE DEPOSITIONS** |
| | ) **BEYOND THE DISCOVERY CUT-OFF** |
| PROVIDENT LIFE AND ACCIDENT | ) **AND [PROPOSED] ORDER** |
| INSURANCE COMPANY, | ) |
| Defendant | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties, through their attorneys of record, that the following depositions may be taken beyond the discovery cut-off of January 29, 2010, as follows:

Dr. David Rittinger          February 5, 2010 at 1:00 pm

1

| | | |
|---|---|---|
| 1 | Dr. James Eichel | February 10, 2010 at 11:30 am |
| 2 | Dr. Christina Campbell | February 12, 2010 at 2:00 pm |

Plaintiff does not agree that any other fact discovery may be taken after the discovery cut-off.

Dated: February 2, 2010   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:    /s/
      Francis J. Torrence
      Lisa S. Passalacqua
      Attorneys for Defendant
      Provident Life and Accident Insurance Company

Dated: February 2, 2010   KANTOR & KANTOR LLP

By:    /s/
      J. David Oswalt
      Christina J. Smith
      Attorneys for Plaintiff Margaret Hall

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The following depositions may go forward beyond the discovery cut-off of January 29, 2010:

Dr. David Rittinger      February 5, 2010 at 1:00 pm

Dr. James Eichel        February 10, 2010 at 11:30 am

Dr. Christina Campbell   February 12, 2010 at 2:00 pm

Date: ___February 05___, 2010      _____

United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

508768.1