1  THOMAS M. HERLIHY (SBN 83615)
   Email: thomas.herlihy@wilsonelser.com
2  FRANCIS TORRENCE (SBN 154653)
   Email: francis.torrence@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, California 94105
   Telephone:    (415) 433-0990
5  Facsimile:    (415) 434-1370

6  Attorneys for Defendant
   PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY
7

8  J. DAVID OSWALT (SBN 073439)
   Email: doswalt@kantor.law.net
9  CHRISTINA J. SMITH (SBN 193509 )
    E-mail: csmith@kantorlaw.net
10 KANTOR & KANTOR
11 19839 Nordhoff Street
   Northridge, California 91324
12 Telephone:    (818) 886-2525
   Facsimile:    (818) 350-6272
13

14
15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
17              SAN FRANCISCO DIVISION

18 MARGARET HALL,                    ) Case No.:  CV 08 0114 CRB
                                     )
19          Plaintiff,               )
                                     ) **STIPULATION TO CONTINUE DATES**
20     vs.                           ) **FOR EXCHANGE OF EXPERT**
                                     ) **REPORTS AND [PROPOSED] ORDER**
21 PROVIDENT LIFE AND ACCIDENT       )
   INSURANCE COMPANY,                )
22                                   )
            Defendant                )
23

24
25
26          IT IS HEREBY STIPULATED AND AGREED by the parties, through their attorneys of
27 record, that the date for the exchange of expert witness reports be continued from February 15,
28

| | |
|---|---|
| 1 | 2010 to February 22, 2010 and the date for the exchange of rebuttal expert reports be continued |
| 2 | from March 1, 2010 to March 8, 2010. |

Dated: February 11, 2009        WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                DICKER LLP


By:   /s/ Francis J. Torrence
       Francis J. Torrence
       Lisa S. Passalacqua
       Attorneys for Defendant
       Provident Life and Accident Insurance Company


Dated: February 11, 2009        KANTOR & KANTOR LLP



By:  /s/ J. David Oswalt
       J. David Oswalt
       Attorneys for Plaintiff Margaret Hall

1
2     PURSUANT TO STIPULATION, IT IS SO ORDERED.  The date for the exchange of
3  expert witness reports is continued from February 15, 2010 to February 22, 2010 and the date for
4  the exchange of rebuttal expert reports is continued from March 1, 2010 to March 8, 2010.
5
6
7  Date:  _____February 16_____, 2010         _____
                                              United States District Judge

